## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EN AI LIN, REN GUI LIU, and GONGYI WANG, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br><br>                            Plaintiff,<br>    v.<br><br>BENIHANA INC., BENIHANA NATIONAL CORP., BENIHANA NEW YORK CORP., HARU HOLDING CORP., HARU WALL STREET CORP., HARU AMSTERDAM AVENUE CORP., HARU BROADWAY CORP., HARU FOOD CORP., HARU GRAMERCY PARK CORP. (f/k/a HARU SOHO CORP.), HARU THIRD AVENUE CORP., HARU TOO, INC., HARU CHELSEA CORP., and HARU HELLS KITCHEN CORP.,<br><br>                           Defendants. | Case No.: 18-CV-11226<br><br>Lehrburger, R.<br><br>**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: January 8, 2020          Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    /s/ C.K. Lee
        C.K. Lee, Esq.
        148 West 24th Street, Eighth Floor
        New York, NY 10011
        Tel.: 212-465-1188
        *Attorneys for Plaintiffs, FLSA Collective Plaintiffs*
        *and the Class*